CORA CHASE, Respondent, *v.* JAMESTOWN STREET RAILWAY
COMPANY, Appellant.

(Submitted April 18, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of June, 1891, which affirmed a judg-
ment in favor of plaintiff entered upon a verdict, and affirmed
an order denying a motion for a new trial.

*C. R. Lockwood* for appellant.

*Frank W. Stevens* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

CHARLES GRIESA et al., Respondents, *v.* THE MASSACHUSETTS
BENEFIT ASSOCIATION, Appellant.

(Argued April 18, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of June, 1891, which affirmed a judg-
ment in favor of plaintiffs entered upon a decision of the court
on trial at Circuit without a jury.

*J. K. Hayward* for appellant.

*J. F. Parkhurst* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.